**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STEVE CHADWICK-EL | * | |
| Plaintiff | * | |
| v | * | Civil Action No. RDB-09-3331 |
| PATRICIA S. CONNOR | * | |
| Defendant | * | |

\*\*\*

## MEMORANDUM OPINION

The above-captioned case was filed on December 14, 2009, along with a Motion to Proceed In Forma Pauperis. Because he appears to be indigent, Plaintiff's motion shall be granted.

Plaintiff alleges that Defendant, the Clerk for the Fourth Circuit Court of Appeals, "fraudjulently (sic) sent to plaintiff a prisoner trust fund account statement form that is addressed to 'trust officer.'" Paper No. 1. In addition, Plaintiff assigns liability because Defendant denied his Motion to Proceed In Forma Pauperis. *Id*. He seeks $300,000 in punitive damages.

Absolute immunity "applies to all acts of auxiliary court personnel that are basic and integral part[s] of the judicial function." *Sindram v. Suda*, 986 F. 2d 1459,1461 (D.C. Cir. 1993); s*ee also Jackson v. Houck* 181 Fed. Appx. 372, 373 (4th Cir. 2006) WL 05-7769. The claims asserted against Defendant in the instant action fall within the ambit of basic and integral parts of the judicial function. Thus, the complaint must be dismissed for failure to state a claim upon which relief may be granted.

A separate Order follows.

January 7, 2010                    _____/s/_____
Date                                          RICHARD D. BENNETT
                                              UNITED STATES DISTRICT JUDGE